HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL NORMAN HALLATT, an individual, d/b/a PIRATE JOE'S a/k/a TRANSILVANIA TRADING,<br><br>Defendants. | Case No.  2:13-CV-00768-MJP<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |

  PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Defendants Michael Norman Hallatt, d/b/a Pirate Joe's, a/k/a Transilvania Trading ("Defendants").  Further service of all papers and pleadings herein should be made upon the undersigned attorneys for Defendants at the office below stated.

  DATED this 1st day of July, 2013.

              */s/ Nathan T. Alexander*
              Nathan T. Alexander, WSBA No. 37040
              Patchen M. Haggerty, WSBA No. 39132
              701 Fifth Avenue, Suite 6100
              Seattle, WA  98104
              Telephone:  (206) 903.8800
              alexander.nathan@dorsey.com

NOTICE OF APPEARANCE OF COUNSEL -1-

1

CERTIFICATE OF SERVICE

2   I hereby certify that on this 1st day of July, 2013, I electronically filed the foregoing

3 document with the Clerk of the Court using the CM/ECF system which will send notification of

4 such filing to the following:

5

6
Scott T. Wilsdon
Jeremy E. Roller
7
Yarmuth Wilsdon PLLC
818 Stewart Street, Suite 1400
8
Seattle, WA  98101-3335

Brian M. Berliner
Jordan Raphael
O'Melveny & Myers LLP
400 South Hope Street, Suite 1050
Los Angeles, CA  90071-2899

9

10
*/s/ Nancy Masterson*
11
Nancy Masterson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE OF COUNSEL -2-