UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY, a California Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>MICHAEL NORMAN HALLATT, an individual, d/b/a PIRATE JOE'S a/k/a TRANSILVANIA TRADING; and DOES 1-10,<br><br>Defendant(s). | Civil Action No. C13-768BJR<br><br>ORDER SETTING<br>INITIAL CASE SHEDULE |

The following schedule has been agreed upon by the parties and is adopted by the Court.

| | |
|---|---|
| Deadline for Amended Pleadings and/or Joining Additional Parties | 3/28/2017 |
| Close of Non-Expert Discovery | 5/17/2017 |
| Initial Expert Disclosure & Report Deadline | 6/7/2017 |
| Rebuttal Expert Disclosure & Report Deadline | 6/28/2017 |
| Close of Expert Discovery (including noticing deadline for discovery motions) | 8/4/2017 |
| Filing Deadline for Dispositive Motions and Daubert Motions | 8/17/2017 |
| Filing Deadline for Opposition Briefing | 9/7/2017 |
| Filing Deadline for Reply Briefing | 9/28/2017 |
| Filing Deadline for Motions in Limine | 10/4/2017 |
| Filing Deadline for Opposition to Motions in Limine | 10/11/2017 |

Additionally, Twenty-one (21) days after the resolution of dispositive motions or the date for filing of such motions has passed, the parties shall submit an updated joint status report that includes: (1) proposed Pretrial Conference dates; (2) proposed trial dates, including the likely length of trial (noting that the courts presumptive limit is five days),

and whether it should be bifurcated; and (3) whether the trial will be to a jury or the court.

Dated December 20, 2016.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge