THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL NORMAN HALLATT, an individual, d/b/a PIRATE JOE'S a/k/a TRANSILVANIA TRADING; and DOES 1-10,<br><br>Defendants. | No. 2:13-cv-00768-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO WITHDRAW** |

The Court having considered the stipulated motion for leave to withdraw for Defendant Michael Norman Hallatt d/b/a Pirate Joe's a/k/a Transilvania Trading, and finding that defendant will not be prejudiced or suffer material adverse effect from such withdrawal; said defendant retaining as counsel Mr. Nathan Alexander, Mr. Michael Keyes and Ms. Andrea Yang of the law firm of Dorsey & Whitney LLP, it is hereby

ORDERED that the stipulated motion for leave to withdraw be, and the same hereby is, GRANTED; and it is further

ORDERED that Patchen M. Haggerty is no longer counsel of record for Defendants in this case; and it is further

ORDERED that the appearances of Patchen M. Haggerty on behalf of Defendants be terminated; and it is further

STIPULATED MOTION FOR LEAVE TO
WITHDRAW AND SUBSTITUTION OF
COUNSEL  (NO. 2:13-CV-00768-BJR) – 1

ORDERED that the Clerk of the Court and all parties shall remove Patchen M. Haggerty from the service lists associated with this action, including the CM/ECF service list.

DATED this 16th day of February, 2017.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

/s/ Patchen M. Haggerty
Patchen M. Haggerty, WSBA No. 39132
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359-8600
Facsimile: 206.359-8700
Email: phaggerty@perkinscoie.com

*Withdrawing Attorney for Defendants*

/s/ Nathan Alexander
Nathan Alexander, WSBA No. 37040
Michael Keyes, WSBA No. 29215
Andrea Yang, WSBA No. 50613
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: 206.903.8800
Facsimile: 206.903.8820
Email: alexander.nathan@dorsey.com
Email: keyes.mike@dorsey.com
Email: yang.andrea@dorsey.com

*Attorneys for Defendants*

By */s/ Jeremy E. Roller*
Scott T. Wilsdon, WSBA No. 20608
Jeremy E. Roller, WSBA No. 32021
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: 206.516.3800
Facsimile: 206.516.3888
Email: wilsdon@yarmuth.com
Email: jroller@yarmuth.com

Brian M. Berliner, (*pro hac vice*)
Jordan Raphael, (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: 213.430.6000
Facsimile: 213.430.6407
Email: bberliner@omm.com

*Attorneys for Plaintiff Trader Joe's Company*