The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL NORMAN HALLATT, an individual, d/b/a PIRATE JOE'S a/k/a TRANSILVANIA TRADING; and DOES 1-10,<br><br>Defendants. | No. 2:13-cv-00768-BJR<br><br>**STIPULATED MOTION AND ORDER GRANTING LEAVE FOR TRADER JOE'S TO FILE SECOND AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: March 27, 2017 |

**STIPULATED MOTION**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and LCR 15, Plaintiff Trader Joe's Company ("Trader Joe's") and Defendant Michael Hallatt ("Mr. Hallatt") jointly stipulate as follows:

WHEREAS, on December 20, 2016, the Court issued an order setting March 28, 2017 as the deadline for amended pleadings (ECF No. 58);

WHEREAS, the parties have agreed that, subject to the Court's approval, Trader Joe's may file its Proposed Second Amended Complaint, a redlined copy of which is attached as Exhibit A to this stipulation;

1  NOW, THEREFORE, with the Court's permission and approval, the parties hereby
2  stipulate and respectfully request that the Court grant Trader Joe's leave to file its Second
3  Amended Complaint, as reflected in Exhibit A to this stipulation.

4

5  Dated: March 27, 2017.

**YARMUTH WILSDON PLLC**

By */s/ Jeremy E. Roller*
Scott T. Wilsdon, WSBA No. 20608
Jeremy E. Roller, WSBA No. 32021
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: 206.516.3800
Facsimile: 206.516.3888
jroller@yarmuth.com
wilsdon@yarmuth.com

**O'MELVENY & MYERS LLP**

Brian M. Berliner, (*pro hac vice*)
Jordan Raphael, (*pro hac vice*)
Tim Byron (*pro hac vice*)
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: 213.430.6000
Facsimile: 213.430.6407
bberliner@omm.com
jraphael@omm.com
tbyron@omm.com

*Attorneys for Plaintiff Trader Joe's Company*

Dated: March 27, 2017.

**DORSEY & WHITNEY LLP**

*/s/ Nathan Alexander*
Nathan Alexander, WSBA No. 37040
Michael Keyes, WSBA No. 29215
Andrea Yang, WSBA No. 50613
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: 206.903.8800
Facsimile: 206.903.8820
alexander.nathan@dorsey.com
keyes.mike@dorsey.com
yang.andrea@dorsey.com

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated: April 3, 2017

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

>Nathan T. Alexander (alexander.nathan@dorsey.com)
>Michael Keyes (keyes.mike@dorsey.com)
>Andrea Yang (yang.andrea@dorsey.com)
>DORSEY & WHITNEY LLP
>
>*Attorneys for Defendant Michael Norman Hallatt*

Dated:  March 27, 2017 at Seattle, Washington.

*s/Jeremy E. Roller*
Jeremy E. Roller