The Honorable Barbara J. Rothstein

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRADER JOE'S COMPANY, a
California Corporation,

                        Plaintiff,

       v.

MICHAEL NORMAN HALLATT, an
individual, d/b/a PIRATE JOE'S a/k/a
TRANSILVANIA TRADING; and
DOES 1-10,

                    Defendants.

No. 2:13-cv-00768-BJR

**STIPULATION AND ORDER TO
EXTEND NON-
EXPERT DISCOVERY DEADLINE
FOR CERTAIN DEPOSITIONS AND
EXPERT REPORT DEADLINES**

NOTE ON MOTION CALENDAR:
May 5, 2017

      This Joint Stipulation to Extend Non-Expert Discovery Deadline for Certain

Depositions and Expert Report Deadlines between Plaintiff Trader Joe's Company ("Trader

Joe's" or "Plaintiff"), on the one hand, and Defendant Michael Norman Hallatt d/b/a Pirate

Joe's a/k/a Transilvania Trading ("Hallatt" or "Defendant"), on the other hand, is made with

respect to the following facts and recitals:

      WHEREAS, on December 20, 2016, the Court entered a scheduling order (Dkt. No.

58) setting the Close of Non-Expert Discovery for May 17, 2017, the Initial Expert

Disclosure & Report Deadline for June 7, 2017, and the Rebuttal Expert Disclosure &

Report Deadline for June 28, 2017;

**STIPULATION AND ORDER**
NO. 2:13-cv-00768 – Page 1

WHEREAS, the parties have worked closely to complete the deposition process of noticed party and third-party witnesses within the non-expert discovery period, and have completed depositions of 11 party and non-party witnesses;

WHEREAS, due to various scheduling conflicts, the parties have been unable to schedule depositions of five party and non-party witnesses prior to the close of non-expert discovery (May 17, 2017), specifically, the depositions of Defendant Michael Hallatt; Trader Joe's employees Nicole Kendall, Carla Hechler, and Matt Sloan; and third party World Class Distribution, Inc.;

WHEREAS, the parties have conferred and agreed to a schedule for completing the above-noted depositions promptly after the close of non-expert discovery and prior to June 7, 2017;

WHEREAS, to accommodate the schedule for completing the above-noted depositions, the parties have also agreed to extend by two weeks the deadlines for the Initial Expert Disclosure & Report and Rebuttal Expert Disclosure & Report;

WHEREAS, the parties' agreements to complete the above-noted depositions after the close of non-expert discovery and prior to June 7, 2017, and to extend the expert disclosure and report deadlines by two weeks will not alter any other dates in the Court's scheduling order;

WHEREAS, the parties have also agreed that this Joint Stipulation to Extend Non-Expert Discovery Deadline for Certain Depositions and Expert Report Deadlines, and the parties' agreement thereto, may not be used, cited, or relied upon by either party in support of, or in opposition to, any future motion or at trial, including in any discovery motion, *Daubert* motion, motion *in limine*, motion for injunctive relief, or motion for other relief.

WHEREAS, in light of the above, the parties believe that good cause exists for entry of the following stipulation;

NOW THEREFORE, by and through the undersigned counsel, the parties stipulate

**STIPULATION AND ORDER**
NO. 2:13-cv-00768 – Page 2

and agree as follows, subject to the Court's approval:

1.      Good cause appearing, the depositions of the following witnesses may be completed after the May 17, 2017 Close of Non-Expert Discovery and prior to June 7, 2017: Defendant Michael Hallatt; Trader Joe's employees Nicole Kendall, Carla Hechler, and Matt Sloan; and third party World Class Distribution, Inc. The May 17, 2017 deadline for Close of Non-Expert Discovery is not extended for any purpose other than for completion of the depositions of the above-noted witnesses.

2.      The June 7, 2017 Initial Expert Disclosure & Report Deadline is extended by two weeks to June 21, 2017.

3.      The June 28, 2017 Rebuttal Expert Disclosure & Report Deadline is extended by two weeks to July 12, 2017.

4.      This Joint Stipulation to Extend Non-Expert Discovery Deadline for Certain Depositions and Expert Report Deadlines, and the parties' agreement thereto, may not be used, cited, or relied upon by either party in support of, or in opposition to, any future motion or at trial, including in any discovery motion, *Daubert* motion, motion *in limine*, motion for injunctive relief, or motion for other relief.

Dated: May 5, 2017.

**YARMUTH WILSDON PLLC**

By  */s/ Jeremy E. Roller*
Scott T. Wilsdon, WSBA No. 20608
Jeremy E. Roller, WSBA No. 32021
1420 Fifth Avenue, Suite 1400
Seattle, WA  98101
Telephone:  206.516.3800
Facsimile:  206.516.3888
jroller@yarmuth.com
wilsdon@yarmuth.com

**O'MELVENY & MYERS LLP**

Brian M. Berliner, (*pro hac vice*)
Jordan Raphael, (*pro hac vice*)
Tim Byron (*pro hac vice*)
400 South Hope Street

**STIPULATION AND ORDER**
NO. 2:13-cv-00768 – Page 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Los Angeles, CA 90071-2899
Telephone: 213.430.6000
Facsimile: 213.430.6407
bberliner@omm.com
jraphael@omm.com
tbyron@omm.com

*Attorneys for Plaintiff Trader Joe's Company*

Dated: May 5, 2017.

**DORSEY & WHITNEY LLP**

*/s/ Nathan Alexander*
Nathan Alexander, WSBA No. 37040
Michael Keyes, WSBA No. 29215
Andrea Yang, WSBA No. 50613
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: 206.903.8800
Facsimile: 206.903.8820
alexander.nathan@dorsey.com
keyes.mike@dorsey.com
yang.andrea@dorsey.com

*Attorneys for Defendants*

1

**ORDER**

2

3

IT IS SO ORDERED.

4

5

Dated: May 9, 2017

6

7

8

_Barbara J. Rothstein_

9

Barbara Jacobs Rothstein
U.S. District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on this date I electronically filed the foregoing with the Clerk of

3     the Court using the CM/ECF system, which will send notification of such filing to the

4     following counsel of record:

5          Nathan T. Alexander (alexander.nathan@dorsey.com)
           Michael Keyes (keyes.mike@dorsey.com)
6          Andrea Yang (yang.andrea@dorsey.com)
           DORSEY & WHITNEY LLP
7

8          *Attorneys for Defendant Michael Norman Hallatt*

9
           Dated:  May 5, 2017 at Seattle, Washington.
10

11                                              *s/Jeremy E. Roller*
                                                Jeremy E. Roller
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**STIPULATION AND ORDER**
NO. 2:13-cv-00768 – Page 6