The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL NORMAN HALLATT, an individual, d/b/a PIRATE JOE'S a/k/a TRANSILVANIA TRADING,<br><br>Defendants. | No. 2:13-cv-00768-BJR<br><br>**STIPULATED MOTION AND ORDER AMENDING PROTECTIVE ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>**May 10, 2017** |

**STIPULATION**

WHEREAS on April 12, 2017, Michael Hallatt served a subpoena on World Class Distribution, Inc. ("WCD") requesting a deposition and the production of documents and information containing WCD's sensitive business information (the "Subpoena," a true and correct copy of which is attached hereto as Exhibit A).

WHEREAS this Court entered a Protective Order in the above-captioned action on January 4, 2017 (the "Protective Order," a true and correct copy of which is attached hereto as Exhibit B) to govern the production and dissemination of Confidential Material by the named parties to this action or by any non-party.

WHEREAS Trader Joe's Company ("Trader Joe's"), Michael Hallatt, and WCD desire to confirm and clarify the protections afforded to documents and information produced by WCD in response to the Subpoena under the Protective Order, plaintiff Trader Joe's, defendant Michael Hallatt, and third party WCD, by and through their respective counsel of record, hereby stipulate and request that the Court enter an order thereon as follows:

1. With respect to the Protective Order, documents and information produced by WCD in response to the Subpoena will be afforded the same protections as Confidential Materials produced by Trader Joe's and Michael Hallatt.

2. In particular, Paragraphs 2 through 10 of the Protective Order will apply in the same manner to documents and information produced by WCD as they apply to the parties' Confidential Materials, including all meet and confer and judicial intervention provisions.

**IT IS SO STIPULATED.**

By /s/ *Nathan Alexander*
   Nathan Alexander, WSBA No. 37040

DORSEY & WHITNEY LLP
Nathan Alexander, WSBA No. 37040
Michael Keyes, WSBA No. 29215
Andrea Yang, WSBA No. 50613
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
206.903.8800
206.903.8820 (facsimile)
alexander.nathan@dorsey.com
keyes.mike@dorsey.com
yang.andrea@dorsey.com

*Attorneys for Defendant*

By /s/ *Jeremy E. Roller*
   Jeremy E. Roller, WSBA No. 32021

YARMUTH WILSDON PLLC
Scott T. Wilsdon, WSBA No. 20608
Jeremy E. Roller, WSBA No. 32021
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
206.516.3800
206.516.3888 (facsimile)
wilsdon@yarmuth.com
jroller@yarmuth.com

*Attorneys for Plaintiff Trader Joe's Company*

O'MELVENY & MYERS LLP
Brian M. Berliner (admitted *pro hac vice*)
Jordan Raphael (admitted *pro hac vice*)
400 South Hope Street

Los Angeles, CA 90071-2899
213.430.6000
213.430.6407 (facsimile)
bberliner@omm.com
jraphael@omm.com

Tim Byron (admitted *pro hac vice*)
2 Embarcadero Center, 28th Floor
San Francisco, CA 94111
415.984.8899
415.984.8701 (facsimile)
tbyron@omm.com

*Attorneys for Plaintiff Trader Joe's Company and Third Party World Class Distribution*

**ORDER**

IT IS SO ORDERED.

DATED: May 15, 2017

*[signature]*

Barbara Jacobs Rothstein
U.S. District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

>Nathan T. Alexander (alexander.nathan@dorsey.com)
>Michael Keyes (keyes.mike@dorsey.com)
>Andrea Yang (yang.andrea@dorsey.com)
>DORSEY & WHITNEY LLP
>
>*Attorneys for Defendant Michael Norman Hallatt*

Dated: May 10, 2017 at Seattle, Washington.

>*s/Jeremy E. Roller*
>Jeremy E. Roller