The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL NORMAN HALLATT, an individual, d/b/a PIRATE JOE'S a/k/a TRANSILVANIA TRADING,<br><br>　　　　　　　Defendant. | CASE NO. 2:13-CV-00768-BJR<br><br>**MOTION AND (PROPOSED) ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**Note on Motion Calendar:<br>June 9, 2017** |

## I.　　RELIEF REQUESTED

Pursuant to GR 2(g)(4), it is hereby requested that the Court grant leave for Dorsey & Whitney, LLP (and attorneys Nathan Alexander, Michael Keyes and Andrea Yang), 701 5th Avenue, Ste. 6100, Seattle, WA 98104, to withdraw as counsel for Defendant Michael Norman Hallatt, an individual, d/b/a Pirate Joe's, a/k/a Transilvania Trading ("Hallatt"), and that Michael P. Matesky, II of Matesky Law, PLLC, 1001 4th Ave., Ste. 3200, Seattle, WA 98154, be substituted to continue as counsel for Defendant.

## II.　　ISSUE GIVING RISE TO REQUEST

Defendant Hallatt has appointed new counsel to represent him in the defense of this lawsuit. Mr. Matesky, Hallatt's new counsel, filed his notice of appearance today. Dkt.#77.

MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL -1
2:13-cv-00768
4825-3716-9224\1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

### III. AUHTORITY AND CERTIFICATION

GR 2(g)(4) requires that a withdrawing attorney must move this court for permission to withdraw, and to certify that the motion was served on opposing counsel and on the client. The accompanying Certificate of Service verifies that opposing counsel will be served through the ECF system as well as by email, which opposing counsel has agreed to accept as effective service. Counsel further certifies that the motion has also been served on Mr. Hallatt.

### IV. CONCLUSION

The undersigned respectfully requests that the Court enter the proposed Order Granting Leave to Withdraw and Substitution of Counsel.

Respectfully Submitted this 19th day of May, 2017.

**DORSEY & WHITNEY LLP**

*/s/ Nathan T. Alexander*
Nathan Alexander, WSBA #37040
Michael Keyes, WSBA #29215
Andrea Yang, WSBA #50613
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800
Facsimile: (206) 903-8820
alexander.nathan@dorsey.com
keyes.mike@dorsey.com
yang.andrea@dorsey.com

*Attorneys for Defendant Michael Hallatt*

**MATESKY LAW, PLLC**

*/s/ MICHAEL P. MATESKY, II, PER EMAIL AUTH.*
Michael Matesky, WSBA #39586
1001 4th Avenue, Suite 3200
Seattle, WA 98154
Telephone: (206) 701-0331
Facsimile: (206) 701-0332
mike@mateskylaw.com
litigation@mateskylaw.com

*Attorneys for Defendant Michael Hallatt*

MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL -2-
2:13-cv-00768
4825-3716-9224\1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# (Proposed) <u>ORDER</u>

This matter came before the Court on the Stipulated Motion of Dorsey & Whitney LLP and Matesky Law, PLLC, to substitute Matesky Law, PLLC as counsel of record for Defendant Michael Norman Hallatt, d/b/a Pirate Joe's a/k/a Transylvania Trading in place of Dorsey & Whitney, LLP in this matter pursuant to GR 2(g)(4)(A). The Court has considered the pleadings and papers filed in connection with said motion and all other matters before the Court.

Therefore, IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated this _____ day of _____, 2017.

_____
The Honorable Barbara J. Rothstein

Presented by:

| **MATESKY LAW PLLC** | **DORSEY & WHITNEY LLP** |
|---|---|
| */s/ Michael P. Matesky, II, per email auth.* | */s/ Nathan T. Alexander* |
| Michael P. Matesky, II, WSBA No. 39586 | Nathan T. Alexander WSBA #37040 |
| 1001 4th Ave., Ste. 3200 | Andrea Yang WSBA #50613 |
| Seattle, WA 98154 | Michael Keyes, WSBA #29215 |
| Telephone: (206) 701-0331 | Columbia Center |
| Facsimile: (206) 701-0332 | 701 Fifth Avenue, Suite 6100 |
| E: mike@mateskylaw.com; | Seattle, WA 98104-7043 |
| litigation@mateskylaw.com | P: 206-903-8800 |
| | F: 206-903-8820 |
| | E: alexander.nathan@dorsey.com |
| *Appearing Counsel for Defendant Michael Norman Hallatt, d/b/a Pirate Joe's a/k/a Transylvania Trading* | yang.andrea@dorsey.com |
| | keyes.mike@dorsey.com |
| | |
| | *Withdrawing Counsel for Defendant Michael Norman Hallatt, d/b/a Pirate Joe's a/k/a Transylvania Trading* |

MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL -3-
2:13-cv-00768
4825-3716-9224\1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott T. Wilsdon
Jeremy E. Roller
Yarmuth Wilsdon PLLC
818 Stewart Street, Suite 1400
Seattle, WA  98101-3335

Brian M. Berliner
Jordan Raphael
O'Melveny & Myers LLP
400 South Hope Street, Suite 1050
Los Angeles, CA  90071-2899

Tim Byron
O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823

*/s/Natasha Johnston*
Natasha Johnston, Legal Assistant

MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL -4-
2:13-cv-00768
4825-3716-9224\1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE:  (206) 903-8800
FAX:  (206) 903-8820