UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL NORMAN HALLATT, an individual, d/b/a PIRATE JOE'S a/k/a TRANSILVANIA TRADING; and DOES 1-10,<br><br>Defendants. | Case No. 2:13-cv-00768-BJR<br><br>**STIPULATION AND ORDER TO (1) EXTEND CASE DEADLINES AND (2) ENLARGE PAGE LIMITS FOR TRADER JOE'S PRELIMINARY INJUNCTION MOTION**<br><br>NOTE ON MOTION CALENDAR:<br>**May 22, 2017** |

This Joint Stipulation to (1) Extend Case Deadlines and (2) Enlarge Page Limits for Trader Joe's Motion for Preliminary Injunction between Plaintiff Trader Joe's Company ("Trader Joe's" or "Plaintiff"), on the one hand, and Defendant Michael Norman Hallatt d/b/a Pirate Joe's a/k/a Transilvania Trading ("Mr. Hallatt" or "Defendant"), on the other hand, is made with respect to the following facts and recitals:

WHEREAS, on December 20, 2016, the Court entered a scheduling order (Dkt. No. 58) in this action;

WHEREAS, on May 9, 2017, on the parties' stipulated request, the Court entered an order (Dkt. No. 74) extending the following deadlines: (1) the deadline for the close of non-

expert discovery, solely to allow the parties to complete five remaining depositions (Defendant Michael Hallatt; Trader Joe's employees Nicole Kendall, Carla Hechler, and Matt Sloan; and third party World Class Distribution, Inc.) from May 17, 2017 to June 7, 2017; (2) the Initial Expert Disclosure & Report Deadline from June 7, 2017 to June 21, 2017; and (3) the Rebuttal Expert Disclosure & Report Deadline from June 28, 2017 to July 12, 2017;

WHEREAS, Mr. Hallatt's deposition is currently scheduled to take place on May 25 and 26, 2017, and the depositions of Ms. Kendall, Ms. Hechler, Mr. Sloan, and World Class Distribution, Inc. are currently scheduled to take place from May 30 to June 1, 2017;

WHEREAS, on May 12, 2017, counsel for Trader Joe's informed Nathan Alexander of Dorsey & Whitney LLP, then counsel of record for Mr. Hallatt, that, shortly after close of fact discovery, Trader Joe's intended to move for a court order preliminarily enjoining Mr. Hallatt from reselling Trader Joe's food products at his current location (3744 West 10th Street) or at any other location, and asked whether Mr. Hallatt would join a joint request to the Court to extend the page limit for Trader Joe's motion and Mr. Hallatt's opposition from 15 pages to 24 pages and the page limit for Trader Joe's reply from 10 pages to 12 pages, in view of the complexity of the issues likely to be raised in those briefs;

WHEREAS, during the parties' May 18, 2017 telephonic conference on Trader Joe's anticipated preliminary injunction motion, Mr. Alexander informed Trader Joe's counsel that he and his firm would be withdrawing from representation of Mr. Hallatt and that Mike Matesky of Matesky Law PLLC and Michael G. Atkins of Atkins Intellectual Property, PLLC would be representing Mr. Hallatt moving forward. In view of their recent entrance into the case, Mr. Matesky and Mr. Atkins requested Trader Joe's delay filing its preliminary injunction motion by two weeks and that Trader Joe's join in a stipulated request to extend certain deadlines;

WHEREAS, on May 19, 2017, Mr. Matesky filed a notice of appearance on behalf

of Mr. Hallatt (Dkt. No. 77) and Mr. Alexander filed a motion to withdraw as Mr. Hallatt's attorney (Dkt. No. 78);

WHEREAS, the parties have agreed on a case schedule that provides Mr. Matesky and Mr. Atkins with additional time to enter the case, that does not prejudice Trader Joe's or its anticipated preliminary injunction motion, and that minimizes any inconvenience to the Court;

WHEREAS, the parties have also agreed on extending the page limits related to Trader Joe's anticipated preliminary injunction motion, in view of the fact that said motion will concern the quality control practices of both Trader Joe's and Mr. Hallatt and will require both parties to address Trader Joe's likelihood of success on the merits of its claims, whether Trader Joe's will suffer irreparable harm absent a preliminary injunction, whether the balance of hardships favors a preliminary injunction, and whether a preliminary injunction would serve the public interest; and

WHEREAS, in light of the above, the parties believe that good cause exists for entry of the following stipulation;

NOW THEREFORE, by and through the undersigned counsel, the parties stipulate and agree as follows, subject to the Court's approval:

1. Good cause appearing, the case schedule be adjusted as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deposition of Mr. Hallatt (two days per Dkt. No. 55) | 5/25/2017 and 5/26/2017 | 6/6/2017 for first day and no later than 8/7/2017 for second day |
| Depositions of Sloan, Hechler, Kendall, and World Class Distribution | By 6/7/2017 | 6/14/2017 to 6/16/2017; completed no later than 8/7/2017 |
| Initial expert disclosure & report deadline | 6/21/2017 | 8/18/2017 |

**STIPULATION AND ORDER**
NO. 2:13-cv-00768 – Page 3

| Event | Current Date | New Date |
|---|---|---|
| Rebuttal expert disclosure & report deadline | 7/12/2017 | 9/8/2017 |
| Close of expert discovery (including noticing deadline for discovery motions) | 8/4/2017 | 10/3/2017 |
| Filing deadline for dispositive motions & Dauberts | 8/17/2017 | 10/12/2017 |
| Deadline for opposition briefing | 9/7/2017 | 11/2/2017 |
| Deadline for reply briefing | 9/28/2017 | 11/16/2017 |
| Filing deadline for MILs | 10/4/2017 | 11/30/2017 |
| Filing deadline for oppositions to MILs | 10/11/2017 | 12/7/2017 |

2. As previously agreed, Mr. Hallatt's deposition will take place at the noticed location (Yarmuth Wilsdon's Seattle office) and the depositions of Trader Joe's witnesses and World Class Distribution's witness will take place at the agreed-upon locations (Trader Joe's Monrovia headquarters for Ms. Kendall and Trader Joe's Monrovia headquarters or O'Melveny & Myers LLP's Downtown Los Angeles office for the rest).

3. Trader Joe's will file its motion for preliminary injunction no earlier than June 5, 2017.

4. With respect to Trader Joe's preliminary injunction motion, the page limits shall be as follows: 24 pages for Trader Joe's opening motion, 24 pages for Mr. Hallatt's opposition, and 12 pages for Trader Joe's reply.

5. This Joint Stipulation, and the parties' agreement thereto, may not be used, cited, or relied upon by either party in support of, or in opposition to, any future motion or at trial, including in any discovery motion, *Daubert* motion, motion *in limine*, motion for injunctive relief, Trader Joe's anticipated preliminary injunction motion, or motion for other

relief. In particular, Mr. Hallatt agrees not to contend that Trader Joe's willingness to extend these deadlines is evidence of lack of irreparable harm, that the balance of hardships does not favor entry of a preliminary injunction, or that a preliminary injunction would not serve the public interest.

DATED: May 22, 2017

By */s/ Michal P. Matesky, II*
Michael P. Matesky, II, WSBA #39586
Matesky Law PLLC
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331
Fax: 206.701.0332
Email: mike@mateskylaw.com
litigation@mateskylaw.com

*Attorneys for Defendant Michael Norman Hallatt*

By */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA #32021
YARMUTH WILSDON PLLC
Scott T. Wilsdon, WSBA No. 20608
Jeremy E. Roller, WSBA No. 32021
1420 Fifth Ave., Suite 1400
Seattle, WA 98101
206.516.3800
206.516.3888 (facsimile)
wilsdon@yarmuth.com
jroller@yarmuth.com

O'MELVENY & MYERS LLP
Brian M. Berliner (admitted *pro hac vice*)
Jordan Raphael (admitted *pro hac vice*)
400 South Hope Street
Los Angeles, CA 90071-2899
213.430.6000
213.430.6407 (facsimile)
bberliner@omm.com
jraphael@omm.com

Tim Byron (admitted *pro hac vice*)
2 Embarcadero Center, 28th Floor
San Francisco, CA 94111
415.984.8899
415.984.8701 (facsimile)
tbyron@omm.com

*Attorneys for Plaintiff Trader Joe's Company*

**ORDER**

IT IS SO ORDERED.

DATED: May 23, 2017

/s/ Barbara Jacobs Rothstein
Barbara Jacobs Rothstein
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Nathan T. Alexander (<u>alexander.nathan@dorsey.com</u>)
Michael Keyes (<u>keyes.mike@dorsey.com</u>)
Andrea Yang (<u>yang.andrea@dorsey.com</u>)
DORSEY & WHITNEY LLP

Michael P. Matesky, II (<u>mike@mateskylaw.com)</u>
MATESKY LAW PLLC

*Attorneys for Defendant Michael Norman Hallatt*

Dated: May 22, 2017 at Seattle, Washington.

<u>*s/Jeremy E. Roller*</u><br>Jeremy E. Roller

**STIPULATION AND ORDER**
NO. 2:13-cv-00768 – Page 7

760.01 re221501