The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY, a California Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL NORMAN HALLATT, an individual, d/b/a PIRATE JOE'S a/k/a TRANSILVANIA TRADING; and DOES 1-10,<br><br>                Defendants. | No. 2:13-cv-00768-BJR<br><br>**ORDER GRANTING TRADER JOE'S MOTION TO SEAL** |

THIS MATTER comes before the Court on Trader Joe's Motion to Seal. Having considered the motion, and any materials submitted by Plaintiff Trader Joe's Company in support of the Motion, the Court finds that there are compelling reasons to file such pleadings under seal. Trader Joe's Motion to Seal is GRANTED.

Accordingly, it is ORDERED that the following documents are sealed:

1. Trader Joe's Opposition to Motion for Withdrawal of Counsel;

2. Declaration of Brian M. Berliner in Support of Trader Joe's Opposition to Defendant's Motion for Withdrawal of Counsel and to Proceed Pro Se;

3. Exhibits C, D, and E to the Declaration of Brian M. Berliner in Support of

Trader Joe's Opposition to Defendant's Motion for Withdrawal of Counsel and to Proceed Pro Se;

DATED this _11th_ of __July__, 2017.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

YARMUTH WILSDON PLLC

By _s/Jeremy E. Roller_
Scott T. Wilsdon, WSBA No. 20608
Jeremy E. Roller, WSBA No. 32021
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: 206.516.3800
Facsimile: 206.516.3888
jroller@yarmuth.com
wilsdon@yarmuth.com

O'MELVENY & MYERS LLP

By _s/Brian M. Berliner_
Brian M. Berliner, (pro hac vice)
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: 213.430.6000
Facsimile: 213.430.6407
bberliner@omm.com

BYRON RAPHAEL LLP

By _s/Jordan Raphael_
Jordan Raphael, (pro hac vice)
Tim Byron (pro hac vice)
jraphael@omm.com
tbyron@omm.com

_Attorneys for Plaintiff Trader Joe's Company_

ORDER GRANTING TRADER JOE'S MOTION TO SEAL
NO. 2:13-cv-00768 – Page 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Michael P. Matesky, II (mike@mateskylaw.com)
MATESKY LAW PLLC
1001 Fourth Avenue, Ste. 3200
Seattle, WA 98154

Michael G. Atkins (mike@atkinsip.com)
Atkins Intellectual Property, PLLC
113 Cherry Street, #18483
Seattle, WA 98104-2205

*Attorneys for Defendant Michael Norman Hallatt*

Dated:  July 7, 2017 at Seattle, Washington.

*s/Jeremy E. Roller*
Jeremy E. Roller