UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY, | CASE NO. C13-768 BJR |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT |
| v. | |
| MICHAEL NORMAN HALLATT, | |
| Defendant. | |

On June 19, 2017, counsel for Defendant (Matesky Law PLLC and Atkins Intellectual Property PLLC) moved for permission to withdraw and allow Defendant to proceed *pro se*, pursuant to GR 2(g) and LCR 83.2(b).  (Dkt. No. 83.)  Initially, the motion was opposed by Plaintiff.  (Dkt. No. 87.)

On July 13, 2017, the parties filed a joint stipulation indicating that, based on Defendant's agreement to accept email service and a reaffirmation by all concerned of their willingness to respect their obligations under the Protective Order, Plaintiff would withdraw its opposition to motion by Defendant's counsel to withdraw.

1    Therefore, the Court rules that the motion to withdraw is GRANTED and Defendant will

2    be permitted to proceed *pro se*.

3

4    The clerk is ordered to provide copies of this order to Defendant and to all counsel.

5    Dated: July _18_, 2017.

6

7

8                                     /s/ Barbara J. Rothstein

                                    Barbara Jacobs Rothstein

9                                     U.S. District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT - 2