The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL NORMAN HALLATT, an individual, d/b/a PIRATE JOE'S a/k/a TRANSILVANIA TRADING; and DOES 1-10,<br><br>Defendants. | No. 2:13-cv-00768-BJR<br><br>**ORDER GRANTING TRADER JOE'S UNOPPOSED MOTION TO SEAL** |

THIS MATTER comes before the Court on Trader Joe's Unopposed Motion to Seal. Having considered the motion, and any materials submitted by Plaintiff Trader Joe's Company ("Trader Joe's") in support of the Motion, the Court finds that there are compelling reasons to file such pleadings under seal. Trader Joe's Motion is GRANTED. Accordingly, it is ORDERED that the following documents are sealed:

1. The Parties' LCR 37 Joint Submission,
2. the Declaration of Brian M. Berliner Regarding the LCR 37 Joint Submission ("Berliner Declaration"),
3. Exhibits A, B, I, J, and L to the Berliner Declaration;

4. the Declaration of Michael Hallatt Regarding the LCR 37 Joint Submission ("Hallatt Declaration"), and

5. Exhibits A and B to the Hallatt Declaration.

DATED this _2nd_ of _August_, 2017.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

YARMUTH WILSDON PLLC

By *s/Jeremy E. Roller*
Scott T. Wilsdon, WSBA No. 20608
Jeremy E. Roller, WSBA No. 32021
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: 206.516.3800
Facsimile: 206.516.3888
jroller@yarmuth.com
wilsdon@yarmuth.com


O'MELVENY & MYERS LLP

By *s/Brian M. Berliner*
Brian M. Berliner, (pro hac vice)
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: 213.430.6000
Facsimile: 213.430.6407
bberliner@omm.com

BYRON RAPHAEL LLP

By *s/Jordan Raphael*
Jordan Raphael, (pro hac vice)
Tim Byron (pro hac vice)
jraphael@byronraphael.com
tbyron@byronraphael.com

*Attorneys for Plaintiff Trader Joe's Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I served the foregoing on *pro se* Defendant Michael Hallatt via e-mail at mike@piratejoes.ca, pursuant to an agreement of the parties (*see* Dkt. Nos. 92, 93).

Dated: July 28, 2017 at Seattle, Washington.

*s/Jeremy E. Roller*
Jeremy E. Roller