UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL NORMAN HALLATT,<br><br>               Defendant. | CASE NO. C13-768 BJR<br><br>MINUTE ORDER RE:<br>FILING UNDER SEAL |

The following minute order is made by the direction of the court, the Honorable Barbara J. Rothstein, United States District Judge:

The Court, having already found it appropriate to order the sealing of all documents filed concerning the confidential agreement regarding settlement (a/k/a the "Term Sheet"), extends that sealing order to all future documents (whether pleadings, declarations or exhibits) filed concerning the parties' settlement negotiations.

1 | As discussed in earlier communications with the parties, this will require Defendant to file his pleadings with the Court's law clerk in order that they may be sealed before filing. Defendant will continue filing his pleadings in that fashion until further notice.

The clerk is ordered to provide copies of this order to Defendant and to all counsel.

Filed August 15, 2017.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk