# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY, | CASE NO. C13-768 BJR |
| Plaintiff, | MINUTE ORDER RE: MOTION FOR RECONSIDERATION |
| v. | |
| MICHAEL NORMAN HALLATT, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Barbara J. Rothstein, United States District Judge:

The Court, having received and reviewed the motion for reconsideration of the Order Affirming Arbitration Award (Dkt. No. 107) filed by Defendant, rules as follows:

The Court calls for a response from Plaintiff to Defendant's motion, in accordance with Local Rule 7(h)(3). Regarding Plaintiff's responsive brief:

(1) Fairness dictates that Plaintiff be permitted a response brief of equal length to Defendant's moving papers. Including the supplemental pleadings filed by

Defendant, the Court calculates that page length at 34 pages. Plaintiff's response shall not exceed 34 pages and the Court sincerely hopes it can adequately articulate its position in fewer.

(2) Plaintiff's response brief shall be due no later than **August 28, 2017**.

No reply brief from Defendant is authorized at this time. If the Court requires a reply brief from Defendant, he will be so notified.

The clerk is ordered to provide copies of this order to Defendant and to all counsel.

Filed August 16, 2017.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk