# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY, | CASE NO. C13-768 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL NORMAN HALLATT, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of Defendant's Motion for Leave to File Counter-Claim (Dkt. No. 119). The motion will be noted for **September 29, 2017.** Plaintiff's response brief (not to exceed 12 pages in length) shall be filed no later than **September 22, 2017**; Defendant's reply brief (not to exceed 6 pages in length) shall be filed no later than **September 29, 2017.**

The clerk is ordered to provide copies of this order to Defendant and to all counsel.

1 | Filed September 8, 2017.

                  William M. McCool
                  Clerk of Court

                  s/Paula McNabb
                  Deputy Clerk