UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY, | CASE NO. C13-768 MJP |
| Plaintiff, | ORDER ON MOTION FOR VOLUNTARY DISMISSAL |
| v. | |
| MICHAEL NORMAN HALLATT, | |
| Defendant. | |

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion for Voluntary Dismissal (Dkt. No. 121);

2. Defendant's Response to Plaintiff's Motion for Voluntary Dismissal (Dkt. No. 124);

3. Plaintiff's Reply in Support of Motion for Voluntary Dismissal (Dkt. No. 125);

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is GRANTED; this matter is DISMISSED with prejudice.

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that any pending motions in the matter are STRICKEN as |
| 2 | moot. |
| 3 | Plaintiff has moved for a voluntary dismissal with prejudice of its claims against |
| 4 | Defendant. "A district court should grant a motion for voluntary dismissal of its claims under |
| 5 | Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a |
| 6 | result." <u>Smith v. Lenches</u>, 263 F.3d 972, 975 (9th Cir. 2001). |
| 7 | Defendant has indicated that he does not oppose the granting of Plaintiff's motion, |
| 8 | conceding that he "will suffer no legal prejudice from the dismissal of Plaintiff's claims **with** |
| 9 | **prejudice**." (Dkt. No. 124, Response at 3; emphasis in original). The Court notes that there are |
| 10 | currently other motions pending in this matter (Defendant's Motion for Leave to File a |
| 11 | Counterclaim, Dkt. No. 119; and his Motion to Unseal, Dkt. No. 123) which will be rendered |
| 12 | moot by the dismissal of Plaintiff's claims, but finds that Defendant will suffer no legal prejudice |
| 13 | thereby. Those pending motions will be terminated. |
| 14 | Pursuant to Plaintiff's request and Defendant's non-opposition, the motion will be |
| 15 | GRANTED and this matter will be DISMISSED with prejudice. |

The clerk is ordered to provide copies of this order to Defendant and to all counsel.

Dated: November 17, 2017.

_____
Marsha J. Pechman
United States District Judge