## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADER JOE'S COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL NORMAN HALLATT,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C13-768 MJP |

\_\_    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Pursuant to Plaintiff's motion for voluntary dismissal, this matter is DISMISSED with prejudice.

Dated: November 17, 2017.

 

William M. McCool  
Clerk of Court

s/ Paula McNabb  
Deputy Clerk